| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| Stephen M. Doniger, Esq. (SBN 179314)<br>stephen@donigerlawfirm.com<br>Scott A. Burroughs, Esq. (SBN 235718)<br>scott@donigerlawfirm.com<br>DONIGER/BURROUGHS APC<br>300 Corporate Pointe, Suite 355<br>Culver City, CA 90230<br>Telephone: 310-590-1820  Facsimile: 310-417-3538 | 10 JUN 16 PM 3:28<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: |
| ATTORNEYS FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALCHEMIST EVOLUTION, LLC, a California Limited Liability Company doing business as "J. STEGER", a California Corporation,<br><br>Plaintiff(s),<br>v.<br><br>SMASH, INC., a California Corporation; et al.<br><br>Defendant(s). | CASE NUMBER:<br>CV10 4445 GAF FMOx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) | |

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff ALCHEMIST EVOLUTION, LLC, doing business as J. STEGER (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**            **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| ALCHEMIST EVOLUTION, LLC, a California Limited Liability Company doing business as "J. STEGER" | PLAINTIFF |
| SMASH, INC. | DEFENDANT |
| ELITE | DEFENDANT |
| DOES 1-10 | DEFENDANT |

June 9, 2010
Date

Sign _[signature]_

Alchemist Evolution, LLC
Attorney of record for or party appearing in pro per

CV-30 (04/10)            NOTICE OF INTERESTED PARTIES