1  EDWARD R. SCHWARTZ, CA Bar No. 147553
   ers@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California 91109-7068
4  Telephone: (626) 795-9900
   Facsimile:  (626) 577-8800
5
   Attorneys for Defendants,
6  SMASH MEN'S INC. AND ELITE

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ALCHEMIST EVOLUTION, LLC, a        Case No. CV10-4445-GAF-FMOx
   California limited liability company
12 doing business as "J. STEGER",,    **ANSWER TO COMPLAINT**

13         Plaintiff,

14    vs.

15 SMASH, INC., a California
   corporation; ELITE, a business entity
16 of a form unknown; and DOES 1-10,

17         Defendants.

18

19         Defendants, Smash, Inc. ("Smash") and Elite, by their attorneys, respond to

20 the allegations of the Complaint as follows:

21         1.    Defendants deny the allegations contained in the last sentence of

22 Paragraph 1 of the Complaint.  Defendants are without knowledge or information

23 sufficient to form a belief as to the remaining allegations contained in Paragraph 1

24 of the Complaint and therefore denies same.

25         2.    Paragraph 2 of the Complaint does not contain factual allegations

26 which require response.

27         3.    Defendants admit the allegations contained in Paragraph 3 of the

28 Complaint.

                                           -1-

4. Defendants admit the allegations contained in Paragraph 4 of the Complaint.

5. Defendants admit that venue is proper in this judicial district and deny the remaining allegations contained in Paragraph 5 of the Complaint.

6. Defendants admit the allegations contained in Paragraph 6 of the Complaint.

7. Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants admit that Elite has a place of business at 201 Magnolia Boulevard, Suite 13, Burbank, California, 91502 and deny the remaining allegations contained in Paragraph 8 of the Complaint.

9. Paragraph 9 of the Complaint does not contain factual allegations which require response.

10. Defendants deny the allegations contained in Paragraph 10 of the Complaint.

11. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 11 of the Complaint and therefore deny same.

12. Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 12 of the Complaint and therefore deny same.

13. Defendants deny the allegations contained in the first sentence of Paragraph 13 of the Complaint.

14. Defendants deny the allegations contained in Paragraph 14 of the Complaint.

15. Defendants deny the allegations contained in Paragraph 15 of the Complaint.

16. Defendants admit the allegations contained in Paragraph 16 of the

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| 1 | Complaint. |
| 2 | 17.   Defendants admit the allegations contained in Paragraph 17 of the |
| 3 | Complaint. |
| 4 | 18.   Defendants deny the allegations contained in the first sentence of |
| 5 | Paragraph 18 of the Complaint. |
| 6 | 19.   Defendants repeat their responses to Paragraphs 1-18 above. |
| 7 | 26.   Defendants are without knowledge or information sufficient to form |
| 8 | a belief as to the allegations contained in Paragraph 26 of the Complaint and |
| 9 | therefore deny same. |
| 10 | 27.   Defendants are without knowledge or information sufficient to form |
| 11 | a belief as to the allegations contained in Paragraph 27 of the Complaint and |
| 12 | therefore deny same. |
| 13 | 28.   Defendants deny the allegations contained in the first sentence of |
| 14 | Paragraph 28 of the Complaint and are without knowledge or information or |
| 15 | belief as to the allegations contained in the second sentence of Paragraph 28 of |
| 16 | the Complaint and therefore deny same. |
| 17 | 29.   Defendants deny the allegations contained in Paragraph 29 of the |
| 18 | Complaint. |
| 19 | 30.   Defendants deny the allegations contained in Paragraph 30 of the |
| 20 | Complaint. |
| 21 | 31.   Defendants deny the allegations contained in Paragraph 31 of the |
| 22 | Complaint. |
| 23 | 32.   Defendants deny the allegations contained in Paragraph 32 of the |
| 24 | Complaint. |
| 25 | 33.   Defendants deny the allegations contained in Paragraph 33 of the |
| 26 | Complaint. |
| 27 | 34.   Defendants deny the allegations contained in Paragraph 34 of the |
| 28 | Complaint. |

CHRISTIE, PARKER & HALE, LLP

35. Defendants repeat their responses to Paragraphs 1 to 18 and 26 to 34 above.

36. Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37. Defendants deny the allegations contained in Paragraph 37 of the Complaint.

38. Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39. Defendants deny the allegations contained in Paragraph 39 of the Complaint.

40. Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41. Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42. Defendants deny the allegations contained in Paragraph 42 of the Complaint.

43. Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44. Defendants repeat their responses to Paragraphs 1 to 18 and 26 to 43 above.

45. Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46. Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47. Defendants deny the allegations contained in Paragraph 47 of the Complaint.

48. Defendants deny the allegations contained in Paragraph 48 of the Complaint.

CHRISTIE, PARKER & HALE, LLP

49. Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50. Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51. Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52. Defendants deny the allegations contained in Paragraph 52 of the Complaint.

53. Defendants deny the allegations contained in Paragraph 53 of the Complaint.

54. Defendants repeat their responses to Paragraphs 1 to 18 and 26 to 53 above.

55. Defendants deny the allegations contained in Paragraph 55 of the Complaint.

56. Defendants deny the allegations contained in Paragraph 56 of the Complaint.

57. Defendants deny the allegations contained in Paragraph 57 of the Complaint.

58. Defendants deny the allegations contained in Paragraph 58 of the Complaint.

59. Defendants deny the allegations contained in Paragraph 59 of the Complaint.

60. Defendants deny the allegations contained in Paragraph 60 of the Complaint.

61. Defendants deny the allegations contained in Paragraph 61 of the Complaint.

62. Defendants deny the allegations contained in Paragraph 62 of the Complaint.

CHRISTIE, PARKER & HALE, LLP

63. Defendants deny the allegations contained in Paragraph 63 of the Complaint.

64. Defendants repeat their responses to Paragraphs 1 to 18 and 26 to 63 above.

65. Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66. Defendants deny the allegations contained in Paragraph 66 of the Complaint.

67. Defendants deny the allegations contained in Paragraph 67 of the Complaint.

68. Defendants deny the allegations contained in Paragraph 68 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint does not state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the doctrine of accord and satisfaction.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the doctrine of license.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the principle of payment.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the principle of release.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the doctrine of waiver.

## EIGHTH AFFIRMATIVE DEFENSE

Smash, Inc., is not a legal entity which is subject to suit.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred as a result of Plaintiff's fraud. By accepting the offer of judgment in the prior case, Plaintiff led Smash to believe that Plaintiff would not sue it again for the same acts which were the subject of that lawsuit. In reliance therein, Smash allowed judgment to be taken against it in that lawsuit.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the judgment entered in Case No. CV09-1132.

WHEREFORE, Defendants pray that the Complaint be dismissed in its entirety and that they be awarded their costs, including attorney's fees, incurred in defense of this action.

DATED: August 3, 2010

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
Edward R. Schwartz

Attorneys for Defendants,
SMASH MEN'S INC. AND ELITE

SES PAS913425.1-*-08/3/10 3:18 PM

CHRISTIE, PARKER & HALE, LLP