**EDWARD R. SCHWARTZ, CA Bar No. 147553**
ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Defendants,
SMASH MEN'S INC. AND ELITE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC, a California limited liability company doing business as "J. STEGER",, <br><br> Plaintiff, <br><br> vs. <br><br> SMASH, INC., a California corporation; ELITE, a business entity of a form unknown; and DOES 1-10, <br><br> Defendants. | Case No. CV10-4445-SVW-SSx <br><br> **DECLARATION OF SHAWN SHARAFIAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THE LIABILITY OF DEFENDANTS SMASH MEN'S, INC. AND ELITE FOR COPYRIGHT INFRINGEMENT** <br><br> Date:     December 6, 2010 <br> Time:     1:30 p.m. <br> Ctrm:     6 <br><br> **Hon. Stephen V. Wilson** |

Shawn Sharafian states:

1.  I am the president of Smash Men's, Inc. ("Smash"). I make this declaration based on personal knowledge or based on documents which are kept in the ordinary course of business by Smash for which I am the custodian. I could competently testify to the facts stated herein if called upon to do so.

2.  Smash is a Califormia corporation having a principal place of business in Los Angeles, California. Smash distributes contemporary clothing for men.

-1-

3. In February 2009, Alchemist Evolution, LLC sued Smash and one of its customers for infringement of two of Plaintiff's copyrighted designs, one of which, the Imperator, is the subject of the present lawsuit.

4. According to the computerized sales records of Smash, Smash has not sold or otherwise distributed any garment which bears Plaintiff's asserted Imperator design since September 30, 2009.

5. According to company records, Smash had sold its entire inventory of garments bearing the Imperator design prior to September 30, 2009.

6. According to company records, Smash has sold products to a store named Elite which is located in Burbank, California, but has never sold a garment bearing Plaintiff's asserted Imperator design to Elite.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on November 10, 2010, in Los Angeles, California.

*[signature]*
Shawn Sharafian

SES PAS929060.1-*-11/10/10 11:21 AM

CHRISTIE, PARKER & HALE, LLP

-2-