EDWARD R. SCHWARTZ, CA Bar No. 147553
ers@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Defendants,
SMASH MEN'S INC. AND ELITE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC, a California limited liability company doing business as "J. STEGER",, <br><br>Plaintiff, <br><br>vs. <br><br>SMASH, INC., a California corporation; ELITE, a business entity of a form unknown; and DOES 1-10, <br><br>Defendants. | Case No. CV10-4445-SVW-SSx <br><br>**DEFENDANTS' CONTENTIONS OF FACT AND LAW** <br><br>DATE:  December 7, 2010 <br>TIME:  9:00 a.m. <br>CTRM:  6 <br><br>Hon. Stephen V. Wilson |

Pursuant to Rule 26(A)(3), Fed. R. Civ. P., and the Court's Scheduling Order, Defendants Smash Men's, Inc. and Elite submit this Memorandum of Fact and Law.

I. <u>**CONTENTIONS OF FACT AND LAW**</u>

Plaintiff Alchemist Evolution, LLC accuses Defendants of infringing Plaintiff's copyright in its Imperator design. Specifically, Plaintiff alleges that Defendants have sold apparel which contains the copyright design since entry of the judgment in a prior action between Plaintiff and Smash, CV09-1132-SVW (SSx) on September 30, 2009.

Defendant Smash denies selling the accused clothing since September 30,

2009. Defendant Elite states that it not a legal entity and that Plaintiff's claim against it should be dismissed.

The ultimate issues of fact required to be proven to establish Plaintiff's claim of copyright are:

1. Plaintiff owns a valid copyright in the asserted design;

2. Defendant(s) are legal entities which manufactured, sold or distributed products bearing Plaintiff's copyright design without authorization since September 30, 2009.

Plaintiff's claims are contested. Defendants allege that Plaintiff cannot meet its burden of proof as to its claims of infringement.

## II. CONTENTIONS OF LAW

1. For copyright infringement, Plaintiff must own a valid copyright in the asserted works.

2. Defendants must be a legal entity.

3. Defendants must have violated one of the exclusive rights granted to a copyright owner.

4. The owner of a copyright is entitled to an award of the copyright owner's actual damages and any additional profits of the infringer. 17 U.S.C. § 504 or at its election, statutory damages. 17 U.S.C. § 412.

5. An award of attorney's fees and statutory damages is barred in cases where the infringement of the copyright commenced after first publication of the work and before the effective date of its registration, unless such registration is made within three months after the first publication of the work. 17 U.S.C. § 412.

CHRISTIE, PARKER & HALE, LLP

| | | |
|---|---|---|
| 1 | DATED: November 15, 2010 | Respectfully submitted, |
| 2 | | CHRISTIE, PARKER & HALE, LLP |
| 3 | | |
| 4 | | By _____ |
| | | Edward R. Schwartz |
| 5 | | Attorneys for Defendants, |
| | | SMASH MEN'S INC. AND ELITE |

7   SES PAS930102.1-*-11/15/10 3:58 PM

-3-