FILED
CLERK, U.S. DISTRICT COURT

JAN 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC, a California Limited Liability Company doinb business as "J.STEGER", <br><br> Plaintiff, <br><br> vs. <br><br> SMASH, INC., a California Corporation; ELITE, a business entity of a form unknown; and DOES 1-10; <br><br> Defendants. | ) CASE NO. CV 10-4445-SVW(SSx) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) SPECIAL VERDICT FORM <br> ) <br> ) Redacted As to <br> ) Name of Foreperson <br> ) |

**LIABILITY**

Question 1:

We find by a preponderance of the evidence that Defendant Smash Men's infringed Plaintiff's registered copyright after September 30, 2009.

Answer: "yes" or "no"

Answer: __Yes__

If your answer is "no," do not answer any further questions regarding Defendant Smash Men's.

Question 2:

If your answer to Question 1 was "yes," did you find that Defendant Smash Men's *willfully* infringed?

Answer: "yes" or "no"

Answer: __Yes__

**DAMAGES**

Question 3:

If your answer to Question 1 was "yes," what award of statutory damages do you find against Defendant Smash Men's?

Answer: $ 40,000

Question 4:

What award of statutory damages do you find against Defendant Elite?

Answer: $ 750

DATE: January 11, 2011

JURY FOREPERSON