FILED
CLERK, U.S. DISTRICT COURT

APR 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC, a California Limited Liability Company doing business as "J. STEGER",<br><br>Plaintiff,<br><br>v.<br><br>SMASH, INC., a California Corporation; ELITE, a business entity of a form unknown; and DOES 1-10;<br><br>Defendants. | Case No.: CV 10-4445 SVW (SSx)<br><br>**[PROPOSED] JUDGMENT** |

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✔
JS-2/JS-3 ____
Scan Only ____

[PROPOSED] JUDGMENT

Plaintiff Alchemist Evolution, LLC ("Plaintiff") brought this action alleging that Defendants sold shirts bearing Alchemist's copyrighted design. Summary judgment as to Elite's liability was granted on December 6, 2010. Summary judgment as to Smash's liability was denied. On January 11, 2011, following a full presentation of evidence over the course of one day, a jury found Smash Men's, Inc. to have willfully infringed Alchemist's copyright and awarded $40,000 in statutory damages. Statutory damages were also considered as to Elite, who was not alleged to have infringed willfully, and the jury

granted Plaintiff $750 from Elite, which was later deemed to be Andranik Terteryan based on Plaintiff's oral motion to amend the Complaint to conform to proof. On March 1, 2011, Alchemist's motion for attorneys' fees was granted in the amount of $81,707.50. The Clerk also awarded costs to Alchemist in the amount of _____.

**ACCORDINGLY, THE COURT HEREBY ENTERS JUDGMENT FOR PLAINTIFF AS FOLLOWS:**

1. Smash Men's, Inc. is liable for willful copyright infringement based on its sales of garments in violation of this Court's injunction issued in *Alchemist Evolution, LLC v. Smash, Inc.*, No. 18 (C.D. Cal. Sept. 30, 2009)(judgment)), and shall pay damages to Plaintiff in the amount of $40,000.00;

2. Andranik Terteryan is liable for copyright infringement and shall pay Plaintiff damages in the amount of $750.00;

3. Alchemist Evolution, LLC shall recover its attorneys' fees from Smash Men's, Inc. and Andranik Terteryan, jointly and severally, in the amount of $81,707.50; and

4. Alchemist Evolution, LLC shall recover its costs from Smash Men's, Inc. and Andranik Terteryan, jointly and severally, in the amount of _____.

The Clerk is ordered to enter this judgment.

DATED: 4/18/11

The Honorable Stephen V. Wilson
United Stated District Court Judge