1  Stephen M. Doniger, Esq. (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs, Esq. (SBN 235718)
3  scott@donigerlawfirm.com
   Regina Y. Yeh, Esq. (SBN 266019)
4  regina@donigerlawfirm.com
5  DONIGER / BURROUGHS APC
6  300 Corporate Pointe, Suite 355
   Culver City, California 90230
7  Telephone: (310) 590-1820
8  Facsimile:  (310) 417-3538

9  Attorneys for Plaintiff

10

                    UNITED STATES DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

13 | ALCHEMIST EVOLUTION, LLC, a         | Case No.: CV10-4445 SVW (SSx)
   | California Limited Liability Company | *Honorable Stephen V. Wilson Presiding*
14 | doing business as "J. STEGER",       |
   |                                      | **REVISED [PROPOSED] ORDER**
15 |                                      | **AMENDING JUDGMENT TO ADD**
   | Plaintiff,                           | **SUPPLEMENTAL ATTORNEYS'**
16 |                                      | **FEES AGAINST SMASH MENS INC.**
17 | v.                                   | **IN THE AMOUNT OF $17,530, AND**
   |                                      | **TAXED COSTS**
18 | SMASH, INC., a California            |
19 | Corporation; ELITE, a business entity |
   | of a form unknown; and DOES 1-10,    |
20 | inclusive,                           |
21 |                                      |
   | Defendants.                          |
22

23

24 / / /
25 / / /
26 / / /
27

28
                                    1
                      [PROPOSED] ORDER AMENDING JUDGMENT

Upon review and consideration of Plaintiff's Motion for Supplemental Attorneys' Fees, and finding good cause thereon:

**IT IS HEREBY ORDERED AND THAT** Plaintiff's Motion for Supplemental Attorneys' Fees is GRANTED, and the Judgment in this case is hereby amended to reflect the following:

1. Smash Men's, Inc. is liable for willful copyright infringement based on its sales of garments in violation of this Court's injunction issued in *Alchemist Evolution, LLC v. Smash, Inc.*, No. 18 (C.D. Cal. Sept. 30, 2009)(judgment)), and shall pay damages to Plaintiff in the amount of $40,000.00;

2. Andranik Terteryan is liable for copyright infringement and shall pay Plaintiff damages in the amount of $750.00;

3. Alchemist Evolution, LLC shall recover its attorneys' fees from Smash Men's, Inc. in the amount of $99,237.50, reflecting the prior award of $81,707.50 plus the additional amount of $17,570 incurred on post-judgment maters; and

4. Alchemist Evolution, LLC shall recover its costs from Smash Men's, Inc. and Andranik Terteryan, jointly and severally, in the amount of 1,739.35.

SO ORDERED.

Date: August 11, 2011        By: _____
                                 UNITED STATES DISTRICT COURT
                                 HONORABLE STEPHEN V. WILSON