1   **G. WARREN BLEEKER, CA Bar No. 210834**
    wbleeker@lrrc.com
2   **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
    **655 N. Central Avenue, Suite 2300**
3   **Glendale, CA 91203-1445**
    **Telephone: (626) 795-9900**
4   **Facsimile: (626) 577-8800**

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  ALCHEMIST EVOLUTION, LLC,          Case No. 2:10-cv-04445-SVW (SSx)
    a California Limited Liability Company
12  doing business as J. STEGER,       **NOTICE THAT LEWIS ROCA**
                                       **ROTHGERBER CHRISTIE LLP**
13          Plaintiffs,                **NO LONGER REPRESENTS**
                                       **DEFENDANT SMASH,**
14      vs.                            **INC./SMASH MENS INC.**

15  SMASH, INC., a California
    Corporation; ELITE, a business entity
16  of a form unknown; and DOES 1-10,  **Hon. Steven V. Wilson**
    inclusive,
17
            Defendants.
18

19

20

21

22

23

24

25

26

27

28

Lewis Roca
ROTHGERBER CHRISTIE

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

2 |     Please take notice that Lewis Roca Rothgerber Christie LLP (formerly

3 | Christie, Parker & Hale, LLP) no longer represents Defendant Smash, Inc./Smash

4 | Mens Inc. ("Defendant") in this matter.

5 |     We therefore request that Edward R. Schwartz, and our firm, be removed

6 | as counsel of record and from further Notices of Electronic Filing.

7 |

8 | Dated:  December 15, 2020          Respectfully submitted,

9 |                                   LEWIS ROCA ROTHGERBER CHRISTIE LLP

10 |

11 |                         By   /s/G. Warren Bleeker

                                 G. Warren Bleeker

12 |                                  Partner on Behalf of Lewis Roca Rothgerber Christie LLP

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Lewis Roca
ROTHGERBER CHRISTIE

**CERTIFICATE OF SERVICE**

I certify that on December 15, 2020, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **NOTICE THAT LEWIS ROCA ROTHGERBER CHRISTIE LLP NO LONGER REPRESENTS DEFENDANT SMASH, INC./ SMASH MENS INC.** was served on the party(ies) in this action by U.S. Mail, postage prepaid, addressed as follows:

Shahram Sharafian
Smash, Inc./Smash Mens Inc.
4801 Staunton Ave.
Los Angeles, CA 90058

Shahram Sharafian
1061 Laurel Way
Beverly Hills, CA 90210
*On behalf of Smash, Inc./Smash Mens Inc.*

Atlas Judgment Recovery
269 South Beverly Drive, No. 102
Beverly Hills, CA 90212
*Creditor*

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on December 15, 2020 at Laguna Niguel, California.

_____*/s/Linda L. Bolter*_____
Linda L. Bolter