Dennis Gewant d/b/a Atlas Judgment Recovery
269 S. Beverly Drive, Suite 102
Beverly Hills, California 90212
Telephone: (310) 276-4900

Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALCHEMIST EVOLUTION, LLC,

Plaintiff,

v.

SMASH, INC., *et al.*,

Defendants.

Case No. 2: 10-cv-04445-SVW-SSx
*Hon. Stephen V. Wilson Presiding*

RENEWAL OF

[~~PROPOSED~~] JUDGMENT

## [~~PROPOSED~~] JUDGMENT:

IT IS HEREBY ORDERED THAT the Judgement in this case is hereby amended to reflect the following:

1. Smash Men's, Inc. is liable for willful copyright infringement based on its sales of garments in violation of this Court's injunction issued in Alchemist Evolution, LLC v Smash Inc, No. 18 (C.D. Cal. Sept. 30, 2009)(judgment)), and shall pay damages to Plaintiff in the amount of $40,000.00;

2. Alchemist Evolution, LLC shall recover its attorneys' fees from Smash Men's, Inc. in the amount of $99,237.50, reflecting the prior award of $81,707.50 plus the additional amount of $17,570 incurred on post-judgment maters;

The total Judgment entered against Smash Men's, Inc. is $139,277.50, along with $2,117.92 in interest as prescribed by law.

SO ORDERED.

Dated: May 27, 2021     By: *Margo Mead* 

                                                         Deputy Clerk

[~~PROPOSED~~] JUDGMENT