**Dennis Gewant d/b/a Atlas Judgment Recovery**
**269 S. Beverly Drive, Suite 102**
**Beverly Hills, California 90212**
**Telephone: (310) 276-4900**
**Email: atlasjudgmentrecovery@gmail.com**
**Purported Judgment Creditor Assignee, Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC,<br><br>Plaintiff(s)<br>v.<br><br>SMASH, INC., et al.,<br><br>Defendant(s) | CASE NUMBER<br><br>2:10-cv-04445-SVW-JDE<br><br>**ORDER TO APPEAR FOR EXAMINATION OF JUDGMENT DEBTOR RE: ENFORCEMENT OF JUDGMENT** |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment, hereby **ORDERS** the Application is **GRANTED.**

**TO**:   Smash, Inc., a California Corporation,
             *(Name of Person Ordered to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before the Honorable Magistrate Judge John D. Early, to furnish information to aid in enforcement of a money judgment against you.

**Date of appearance**: June 22, 2023   **Courtroom:** 6A   **Time:** **10:00 a.m.**

**Location of Appearance** :     United States Courthouse, 411 W. Fourth Street, Santa Ana, CA

This Order may be served by a Marshal, sheriff, or registered process server. Dennis Gewant is ordered to file, by June 12, 2023, a proper proof of service reflecting service of this Order on the judgment debtor in a manner that complies with Fed. R. Civ. P. 4. If no such compliant proof of service is filed by that time, the examination will automatically be taken off calendar. The Court makes no finding as to whether Dennis Gewant is the assignee of the judgment creditor.

**NOTICE TO JUDGMENT DEBTOR**:  If an appropriate representative fails to appear at the time and place specified in this order, you may be subject to contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

Date:   May 30, 2023

_____
JOHN D. EARLY
United States Magistrate Judge