# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>SMASH, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:10–cv–04445–SVW–JDE<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __1/30/2024__

Document No.:   __143, 144, 145__

Title of Document:   __OTICE TO CONSUMER OR EMPLOYEE AND OBJECTION__

**ERROR(S) WITH DOCUMENT:**

Documents are a State Court form.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 1, 2024         By:   _/s/ Alison Bandek  alison_bandek@cacd.uscourts.gov_
                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS