**FILED**
CLERK, U.S. DISTRICT COURT
02-22-2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ts_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC., <br><br> PLAINTIFF(S) <br> v. <br><br> SMASH, INC., et al., <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 2:10-cv-04445-SVW (JDEx) <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☐ docket entry  have/has been corrected as indicated below.

Title of scanned document: Proof of Service on Order to Appear for Examination

Filed date: January 30, 2024     Document Number(s): 148

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF  was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Due to clerical error, the Proof of Service on the Order To Appear [Dkt. 142] submitted through EDSS was not processed or docketed. The Proof of Service should have been submitted as stand alone document without the Order as the face page.

CLERK, U.S. DISTRICT COURT

Date: February 22, 2024        By: T. Steele
                                   Deputy Clerk