2:10-cv-04445-SVW-JDE

FILED
CLERK, U.S. DISTRICT COURT
2/22/24
CENTRAL DISTRICT OF CALIFORNIA
BY: mz DEPUTY

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 1512 W. Manchester Ave, Los Angeles, CA 90047.

On **January 21, 2024 at 5:49 PM** I Delivered the forgoing document(s):

**Order to Appear for Examination of Judgment Debtor Re: Enforcement of Judgment (Case# 2:10-cv-04445-SVW-JDE)**

on all interested parties in this action by delivering a true copy of said document(s) to the party listed below:

**Shahram Sharafian**
1061 Laurel Way
Beverly Hills, California 90210

[ ] (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FACSIMILE) I caused such document to be delivered by facsimile transmission to the offices of the addressee.

[X] **(BY PERSONAL DELIVERY)** I delivered such envelope by hand to the listed address of the addressee.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare under penalty of perjury under the Federal Rule of Civil Procedure that the above is true and correct.

Executed on January 22, 2024 at Los Angeles, California.

Chris Dicka, LA County RPS# 6211
SOUTH BAY ATTORNEY SERVICE

SIGNATURE

Case 2:10-cv-04445-SVW-JDE   Document 142   Filed 12/14/23   Page 1 of 1   Page ID #:1453

Dennis Gewant d/b/a Atlas Judgment Recovery
269 S. Beverly Drive, Suite 102
Beverly Hills, California 90212
Telephone: (310) 276-4900
Email: atlasjudgmentrecovery@gmail.com
Purported Judgment Creditor Assignee, Pro Se

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALCHEMIST EVOLUTION, LLC, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:10-cv-04445-SVW-JDE |
| v. | |
| SMASH, INC., et al., | ORDER TO APPEAR FOR EXAMINATION OF JUDGMENT DEBTOR RE: ENFORCEMENT OF JUDGMENT |
| Defendant(s) | |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment, hereby **ORDERS** the Application is **GRANTED**.

TO: __Smash Men's, Inc.__
(Name of Person Ordered to Appear)

**YOU ARE ORDERED TO APPEAR** personally before the Honorable Magistrate Judge John D. Early, to furnish information to aid in enforcement of a money judgment against you.

**Date of appearance:** February 29, 2024 **Courtroom:** 6A **Time:** 10:00 a.m.
**Location of Appearance:** United States Courthouse, 411 W. Fourth Street, Santa Ana, CA

This Order may be served by a Marshal, sheriff, or registered process server. Dennis Gewant is ordered to file, by February 19, 2023, a proper proof of service reflecting proper service of this Order on the judgment debtor in a manner that complies with the law. If no such compliant proof of service is filed by that time, the examination will automatically be taken off calendar. The Court makes no finding as to whether Dennis Gewant is the assignee of the judgment creditor.

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)
**NOTICE TO JUDGMENT DEBTOR:** If an appropriate representative fails to appear at the time and place specified in this order, you may be subject to contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

Date: December 14, 2023

JOHN D. EARLY
United States Magistrate Judge