UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:10-cv-04445-SVW-JDE                              Date: June 5, 2025

Title        Alchemist Evolution, LLC v. Smash, Inc., et al.

Present:  The Honorable:   John D. Early, United States Magistrate Judge

| Amber Rodriguez | CS 06/05/25 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Present for Plaintiff(s):**                    **Present for Defendant(s):**

**Plaintiff's Assignee as to Judgment:** Dennis                    none
Gewant dba Atlas Judgment Recovery

**Proceedings**:  Motion for Order to Show Cause Why Shahram Sharafian and Ronit Sharafian
               Should Not be Held in Contempt [154]


        Case Called. Assignee to Judgment Dennis Gewant dba Atlas Judgment Recovery is
present. No appearance by Shahram Sharafian and Ronit Sharafian.

        The Court GRANTS the Motion (Dkt. 154) as to Shahram Sharafian, with a further order
to issue, and DENIES the Motion (Dkt. 154) as to Ronit Sharafian for the reasons stated on the
record.

|  | : 15 |
|---|---|
| **Initials of Preparer** | ARO |