UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCHEMIST EVOLUTION, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SMASH, INC., et al.,<br><br>    Defendants. | ) Case No.: 2:10-cv-04445-SVW-JDEx<br>)<br>) **ORDER TO SHOW CAUSE RE:**<br>) **CONTEMPT AGAINST SHAHRAM**<br>) **SHARAFIAN AND SMASH MENS,**<br>) **INC.**<br>)<br>) DATE: August 14, 2025<br>) TIME: 10:00 a.m.<br>) CTRM: 6A, 411 W. 4th St., Santa Ana, CA<br>) |

    Dennis Gewant doing business as Atlas Judgment Recovery ("Judgment Creditor") seeks an Order to Show Cause re: Contempt against Sharham Sharafian, former Chief Executive Officer of Smash Mens, Inc., sued as Smash, Inc. ("Judgment Debtor") for failure to appear for a Judgment Debtor Examination and failure to comply with a subpoena on February 29, 2024. See Dkt. 154 ("Motion"). The Motion is GRANTED.

    The undersigned finds as follows.

1. On May 27, 2021, a Renewal of Judgment was entered in favor of Plaintiff Alchemist Evolution, LLC ("Plaintiff") against Judgment Debtor in the amount of $139,277.50, along with $2,117.92 in interested as prescribed by law. Dkt. 114 ("Judgment").
2. Judgment Creditor is Plaintiff's assignee with respect to the Judgment. Dkt. 95.

| | |
|---|---|
| 1 | 3.  Judgment Creditor filed proofs of service reflecting personal service upon Shahram |
| 2 | Sharafian of: (1) an Order to Appear for Judgment Debtor Examination directed to Judgment |
| 3 | Debtor for appearance before the assigned magistrate judge on February 29, 2024 at 10:00 |
| 4 | a.m. ("Order to Appear"); and (2) a Subpoena to Appear and Testify and Produce Records |
| 5 | directed to Shahram Sharafian, former Chief Executive Officer for Judgment Debtor (see |
| 6 | Dkt. 32) for appearance before the assigned magistrate judge on February 29, 2024, at 10:00 |
| 7 | a.m. ("Subpoena"). See Dkt. 142; 148; 154 at 11-12, 26-29 (CM/ECF pagination). |

4.  Neither Shahram Sharafian nor any representative of Judgment Debtor appeared before the undersigned on February 29, 2024.

5.  On May 7, 2025, Judgment Creditor filed the Motion, set for hearing on June 5, 2025, at 10:00 a.m. before the undersigned, seeking an order directing Shahram Sharafian, among others, to show cause why he should not be held in contempt for failure to appear on February 29, 2024. The Motion was supported by a proof of service indicating the Motion was personally served on Shahram Sharafian. Dkt. 155.

6.  Shahram Sharafian did not appear on June 5, 2025, at 10:00 a.m. for the hearing on the Motion or file any opposition to the Motion.

## ORDER TO SHOW CAUSE

**Shahram Sharafian IS HEREBY ORDERED TO PERSONALLY APPEAR on August 14, 2025, at 10:00 a.m.,** in Courtroom 6A of the United State District Court for the Central District of California, located at 411 W. Fourth Street, Santa Ana, CA 92701, before United States Magistrate Judge John D. Early, to show cause why he and/or Judgment Debtor should not be held in contempt of court for failure to comply with the Order to Appear (as to Judgment Debtor) and the Subpoena (as to Shahram Sharafian) and show cause why monetary sanctions should not be imposed for Judgment Creditor's reasonable expenses incurred as a result of the failure to appear. At the show cause hearing, Shahram Sharafian and/or Judgment Debtor may be summarily referred to the presiding District Judge to show cause why they should not be held in contempt. Shahram Sharafian and/or Judgment Debtor may also be directed to submit to a

Judgment Debtor Examination or Third Party Examination on that date or anther date agreeable to Judgment Creditor.

Judgment Creditor shall promptly serve this Order by personal service on Shahram Sharafian, in no event later than July 17, 2025, and file proof of such service by July 21, 2025.

Shahram Sharafian and/or Judgment Debtor are ORDERED to file any written response to this Order by July 24, 2025. If Shahram Sharafian and/or Judgment Debtor file a timely, written response, Judgment Creditor may file an optional Reply by no later than July 31, 2025.

If the parties resolve the matter in advance of August 14, 2025, they shall file a Stipulation so indicating and requesting that the Show Cause hearing be vacated; absent an intervening contrary order, the Show Cause hearing will proceed on the date set forth above.

**IT IS SO ORDERED.**

Dated: JUNE 5, 2025

JOHN D. EARLY
United States Magistrate Judge