1  Dennis Gewant DBA Atlas Judgment Recovery
2  269 S Beverly Dr, Ste 102
   Beverly Hills, CA 90212
3  Tel: 310-276-4900 / Fax: 310-273-6432
   Email: atlasjudgmentrecovery@gmail.com
4
5  Assignee of Record & Judgment Creditor, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Alchemist Evolution, LLC.

          Plaintiff,

  v.

Smash, Inc. et al.

          Defendant(s).

Case No.: 2:10-cv-04445-SVW-JDE

**PROOF OF SERVICE OF ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST SHAHRAM SHARAFIAN AND SMASH MENS, INC.**

-1-

PROOF OF SERVICE OF OSC RE: CONTEMPT AGAINST SHAHRAM SHARAFIAN & SMASH MENS, INC

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 1512 West Manchester Avenue, Los Angeles, CA 90047.

On **July 2, 2025 at 6:45 PM** I delivered the forgoing document(s):

**ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST SHAHRAM SHARAFIAN AND SMASH MENS, INC.**

on all interested parties in this action by delivering a true copy of said document(s) to the party listed below including the method and times of delivery:

| Party Served | Method of Service |
| --- | --- |
| **SHAHRAM SHARAFIAN**<br>1061 Laurel Way<br>Beverly Hills, CA 90210 | **By Personal Service**<br>7/02/2025 @ 6:45 PM |

[X]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on July 10, 2025 at Los Angeles, California.

CHRIS DICKA, Process Server #6211
*SOUTH BAY ATTORNEY SERVICE*                      *SIGNATURE*

-2-

PROOF OF SERVICE OF OSC RE: CONTEMPT AGAINST SHAHRAM SHARAFIAN & SMASH MENS, INC