Dennis Gewant dba Atlas Judgment Recovery

269 S. Beverly Dr. Ste. #102

Beverly Hills, Ca. 90212

310-276-4900

Assignee ~~Plaintiff~~ In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
7?25/25
CENTRAL DISTRICT OF CALIFORNIA
BY       cs       DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:10-cv-04445-SVW-JDE

ALCHEMIST EVOLUTION, LLC

Plaintiff,                          ACKNOWLEDGMENT OF

   vs.                              ASSIGNMENT OF JUDGMENT

SMASH, Inc. aka SMASH MEN'S Inc.

Defendants

COMES NOW ~~Plaintiff~~ Assignee in the within matter and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT Judgment was entered by this court on or about August 12, 2011.

2) THAT Plaintiff was awarded against Defendant the sum of One Hundred Thirty Nine Thousand Two Hundred Seventy Seven dollars and Fifty Cents ($139,277.50).

3) THAT there has been a renewal entered on May 21st 2021 i/a/o $139,277.50 along with $2,117.92 in interest, totaling $141,395.42 as prescribed by law. Dkt. 95 ("Judgment") since the entry of said judgment by this court and that Assignee of Record has received $0.00 of judgment from Defendant.

4) THAT Dennis Gewant dba Atlas Judgment Recovery at 269 S. Beverly Dr. Ste. #102 Beverly Hills, Ca. 90212, is the judgment creditor of record.

5) THAT the last address of record for the judgment debtor Smash Inc. aka Smash Men's Inc. is 4801 Staunton Ave. Vernon, Ca. 90058.

6) THAT I hereby transfer irrevocably, without recourse, and assign all title, right, and interest in the within judgment to the following person:

    Gregg Roberts

    43430 E. Florida Ave. F-293

    Hemet, Ca.  92544

    951-330 4450

7) THAT I hereby authorize Assignee Gregg Roberts, to recover, compromise, settle and enforce said judgment and I withdraw all right and claim to same.

Signed this 9 day of July, 2025   at  Beverly Hills, Ca.

Dennis Gewant dba Atlas Judgment Recovery  by

Dennis Gewant  Judgment Creditor

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

On __July 9th, 2025__ before me, __Julian Gallarza, Notary Public__
  Date                                    Here Insert Name and Title of the Officer

personally appeared __Dennis Grewant__
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JULIAN GALLARZA
Notary Public - California
Los Angeles County
Commission # 2499998
My Comm. Expires Sep 17, 2028

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
          Signature of Notary Public

Place Notary Seal and/or Stamp Above

———————— OPTIONAL ————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Acknowlegment of Assignment of Judgment__
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association