Gregg Roberts
43430 E. Florida Ave. #F-293
Hemet CA 92544
Ph: 951-330-4450
Em: gregg@legalsupport-sc.com
*New* Assignee of Record and Judgment Creditor, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
07/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| Alchemist Evolution, LLC | Case #2:10-cv-04445-SVW-JDE |
| v. | **DECLARATION OF DENNIS GEWANT** |
| Smash, Inc. et al. | |

Former / Assignee Creditor Dennis Gewant respectfully submits this Declaration in support of a finding of contempt against Shahram Sharafian:

1. I, Dennis Gewant, am over the age of 18 years. I have personal knowledge of the facts set forth below, and if called upon as a witness, I could and would competently testify to the matters set forth herein.

2. Some time in 2020 I called and spoke with Shahram Sharafian under the pretext that I was opening a clothing store in LA. I said that I had seen his booth entitled Smash Inc. at the Magic Show (a Las Vegas trade show for clothing suppliers) and would like to see his product line at their plant in downtown LA.

DECLARATION OF DENNIS GEWANT

1

3. I rang the bell at the facility at 4801 Staunton, introduced myself, and Mr. Sharafian had one of his men give me a tour of their facility. At the end of the tour, I told this man (whose name I did not catch, if it was stated) that I would like to place an order for some of the goods I had seen under the Smash label. I offered to wire transfer the initial amount due to the company's bank.

4. We went back to the office and this man handed me a piece of paper with banking information for an account at Pacific Western Bank, but the account bore the name People Trend, Inc. No reference to Smash was made. On the next page is a copy of that paper, with the account number redacted.

5. I went back to my office to apply for a Writ of Execution to do a bank levy on the Judgment Debtors, Smash Inc, and Smash Men's Inc, which I did, but to no avail. People Trend, Inc was not a judgment debtor.

6. I concluded that Mr. Sharafian sells clothing under Smash's name, but bills out under the People Trend name, possibly specifically to protect against a bank levy. He has thus far succeeded in this regard.

I declare under penalty of perjury that the above statements are true, correct, and complete to the best of my knowledge, information, and belief.

Signed July 29, 2025 at Beverly Hills, California.

_____
Dennis Gewant

DECLARATION OF DENNIS GEWANT

2

**Beneficiary Name:**
PEOPLE TREND INC.
4801 Staunton Ave
Los Angeles, CA 90058
Tel. No. (310) 863-90058

**Beneficiary Bank:**
PACIFIC WESTERN BANK
444 South Flower Street, 14th Floor
Los Angeles, CA 90071
Tel. No. (213) 627-7799

**Account No.** ███████489

**ABA No.** 122238200