NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Gregg Roberts
43430 E. Florida Ave. #F-293, Hemet CA 92544
Ph: 951-330-4450
New Assignee and Judgment Creditor, Pro Se



FILED
CLERK, U.S. DISTRICT COURT
07/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____GSA____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alchemist Evolution, LLC<br><br>　　　　　　　　　PLAINTIFF(S),<br>　　　v.<br>Smash, Inc. et al.<br><br>　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>2:10-CV-04445-SVW-JDE<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of ORANGE, State of California, and not a party to the above-entitled cause. On July 30, 20 25, I served a true copy of Reply in Support of Order to Show Cause; Declaration; Three Exhibits; unsigned copy of this proof of service by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served.  Attach additional pages if necessary.)

Morton Minikes, counsel for Shahram Sharafian, 12100 Wilshire Blvd., Suite 400, Los Angeles, CA 90025

Place of Mailing: ORANGE, CALIFORNIA
Executed on July 30, 20 25 at ORANGE, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Leisha Fauth*
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____                    _____
*Signature*                                              *Party Served*